Argued April 22, affirmed April 22, petition for rehearing denied
May 11, petition for review denied July 14, 1971

STATE OF OREGON, *Respondent, v.*
JAMES GREGORY ROBIDEAU, *Appellant.*

483 P2d 821

*Howard R. Lonergan,* Portland, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.